# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO R. DIAZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>METTS, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-00914 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

　　　　Plaintiff Fernando R. Diaz ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 9, 2010. He consented to the jurisdiction of the magistrate judge on July 10, 2015.

　　　　On May 18, 2016, the Court screened the complaint and dismissed it for failure to state a claim. Plaintiff was directed to file a first amended complaint within thirty (30) days. On June 6, 2016, Plaintiff filed a motion for extension of time. The motion was granted on June 10, 2016, giving Plaintiff an additional thirty days. On July 11, 2016, Plaintiff filed a second motion for extension of time. On July 22, 2016, the motion was granted and Plaintiff was given an additional thirty days to file a first amended complaint. Over thirty days have passed and Plaintiff has failed to comply or otherwise respond to the court order.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a Court order.  Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

<u>Failure to show cause, or failure to respond to this order, will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **August 31, 2016**                              /s/ *Dennis L. Beck*
                                                                      UNITED STATES MAGISTRATE JUDGE

2